# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDRE ARAUJO RODRIGUEZ,<br><br>　　　　Defendant. | Case No.: 2:17-cr-00001<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEUS CORPUS<br>AD PROSEDUENDUM FOR<br>ANDRE ARAUJO RODRIGUEZ<br>ID #078159 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANDRE ARAUJO RODRIGUEZ, #078159,** before the United States District Court of Nevada on March 1, 2017 in Courtroom 3B __, at the hour of 3:00 p.m., for a hearing under Federal Rule of Criminal Procedure Rule 5, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 7, 2017

_____
UNITED STATES MAGISTRATE JUDGE