**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:17-cr-00001 |
| Plaintiff, | ) ORDER FOR ISSUANCE OF |
| vs. | ) WRIT OF HABEUS CORPUS |
| | ) AD PROSEDUENDUM FOR |
| ANDRE ARAUJO RODRIGUEZ, | ) ANDRE ARAUJO RODRIGUEZ |
| Defendant. | ) ID #078159 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANDRE ARAUJO RODRIGUEZ, #078159,** before the United States District Court of Nevada on  March 1, 2017 in Courtroom 3B __, at the hour of 3:00 p.m., for a hearing under Federal Rule of Criminal Procedure Rule 5, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 7, 2017

_____
UNITED STATES MAGISTRATE JUDGE