# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDRE ARAUJO RODRIGUES,<br><br>　　　　Defendant. | Case no.: 2:17-cr-00001-JAD-CWH-3<br><br>**ORDER**<br>　ECF No. 398 |
|---|---|

## ORDER

IT IS HEREBY ORDERED that RODRIGUES has sufficiently waived the time limits under Federal Rules of Criminal Procedure Rule 32 regarding the preparation of his Presentence Investigation Report.

DATED this 14th day of September, 2018.

_____
**UNITED STATES DISTRICT JUDGE**